1  ROBERT S. SHWARTS (STATE BAR NO. 196803)
   rshwarts@orrick.com
2  MICHAEL D. WEIL (STATE BAR NO. 209056)
   mweil@orrick.com
3  CATHERINE Y. LUI (STATE BAR NO. 239648)
   clui@orrick.com
4  JOHANNA L. JACOB (STATE BAR NO. 286796)
   jjacob@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8

9  Attorneys for Plaintiff AllCells, LLC.

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14

15

16  | | |
   |---|---|
   | ALLCELLS, LLC, a California limited liability company, | Case No. 3:16-cv-07323-EMC |
   | | **DECLARATION OF BRUCE PIXLEY IN SUPPORT OF PLAINTIFF ALLCELLS, LLC'S MOTION FOR PRELIMINARY INJUNCTION** |
   | Plaintiff, | |
   | v. | |
   | JACK ZHAI, an individual, JAMES LEE, an individual, and CEPHEUS BIOSCIENCES, INC., a Delaware corporation, | Judge:   Hon. Edward M. Chen |
   | | Place:   Courtroom 5, 17th Floor |
   | | Date:    February 2, 2017 |
   | | Time:    1:30 P.M. |
   | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

I, Bruce Pixley, declare as follows:

1.      I am currently the principal of Pixley Forensics Group.  I have more than 28 years of combined experience in computer forensic analysis, high-tech investigations, and law enforcement. I am a retired lieutenant in the Santa Barbara Sheriff's Department and was responsible for the creation and implementation of the county's first High Tech Crime Unit and computer forensics lab in 1999.  I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2.      Since 2001, I have served as a lead instructor of computer forensics, Internet investigations, and network intrusion courses for the California Department of Justice's Advanced Training Center. Additionally, I have been employed as a Master Instructor at Guidance Software, which developed the EnCase computer forensic software. As an instructor, I have taught for over 2,000 hours on the subjects of computer forensics and high-tech investigations. I have developed course training materials and wrote manuals for computer forensic courses such as Advanced Internet Examinations and Network Intrusion Investigations.

3.      I possess three professional certifications for my fields of work. I possess the Certified Information Systems Security Professional (CISSP) certification and the GIAC Certified Forensic Analyst (GCFA) certification, which are both ANSI ISO accredited credentials, and the EnCase Certified Examiner certification.

4.      Since 2003, I have been retained as a computer forensic examiner and subject matter expert in both criminal and civil matters. I have been qualified as an expert witness in both state and federal courts and testified about the foundation of computer forensics, Windows and Mac operating systems, chat software, Internet and network operations, e-mail, peer-to-peer file sharing, digital photography, recovery of deleted data, and Trojan viruses.

5.      In late 2016, AllCells engaged me to perform a computer forensic analysis on the hard drives associated with the AllCells laptop computers previously assigned to Jack Zhai (Dell Latitude, model E6420, Service Tag JTB5DS1) and James Lee (Dell Latitude, model E7450, Service Tag FKH3T32). The preliminary focus of the analysis was to determine if AllCells

DECLARATION OF BRUCE PIXLEY  IN SUPPORT OF
ALLCELLS' MOTION FOR PRELIMINARY
INJUNCTION

1  company data had been exfiltrated by either former employee using external storage devices,

2  mobile devices, cloud storage, file transfer protocols, and/or email communication.

3      6.      From AllCells, I received two computer hard drives associated with the computers

4  described above; hereafter referred to as the Zhai Hard Drive (Seagate, 320 GB, serial number

5  W0Q5Q80N) and the Lee Hard Drive (Hynix mSATA, 256 GB, serial number

6  EJ53N713511003E03). Prior to conducting analysis on the hard drives, I created an Encase

7  forensic image of each drive using a Tableau write-block device to preserve the data stored on

8  each drive. The original hard drives were secured and all subsequent analysis was conducted on

9  the forensic images.

10     7.      During my analysis, I recovered data from the Lee Hard Drive that showed both

11  Jack Zhai and James Lee used personal accounts to communicate while James Lee was still

12  employed at AllCells. In review of this data, I found that Jack Zhai used the personal email

13  account of "jyzhai@yahoo.com" and James Lee used the personal email account of

14  "bazzoo31@gmail.com." Additionally, I recovered personal email communication between

15  James Lee and two email accounts associated with Cepheus Biosciences, which were

16  "jzhai@cepheusbio.com" (Jack Zhai) and "bdeuel@cepheusbio.com" (Bethanne Deuel).

17     8.      As explained in greater detail below, on or around the time of their departure, Zhai

18  and Lee each plugged in numerous external USB storage drives to their computers, totaling 14

19  devices.  Zhai also plugged in a second external USB storage drive (Western Digital "Elements"

20  drive) into his AllCells work computer; however I have confirmed that device was returned to

21  AllCells, and is thus not included in the chart below.

| Former Employee | USB Device Serial # | Date |
| --- | --- | --- |
| James Lee | 5758483145433439504a3332 | 4/4/16 |
| James Lee | 08606e694be4bda0a3414dc8 | 4/4/16 |
| James Lee | 20051737030f1d61afda | 4/4/16 |
| James Lee | 0000177309604263 | 4/4/16 |
| James Lee | 485743139b425c04 | 4/4/16 |

DECLARATION OF BRUCE PIXLEY IN SUPPORT OF
MOTION AND APPLICATION FOR PRELIMINARY
INJUNCTION

| James Lee | 9aa454f9 | 4/4/16 |
|-----------|----------|--------|
| James Lee | a1743466 | 4/4/16 |
| James Lee | ccbb0201160125190627406210 | 4/4/16 |
| James Lee | af263f00 | 4/4/16 |
| James Lee | 880b0070 | 4/4/16 |
| James Lee | 55b91d06 | 4/4/16 |
| James Lee | 89b6e180 | 4/4/16 |
| James Lee | na01kjzd | 4/4/16 |
| Jack Zhai | 57583431414135314b395236 | 12/12/15 |

**Zhai's AllCells Work Computer**

9.      Based on my forensic investigation of Zhai's AllCells-issued work computer, on December 12, 2015, Zhai plugged an external USB storage drive (Western Digital "My Passport" drive) into his AllCells laptop at 8:26 p.m.  From 8:27 p.m. until 10:21 p.m., Zhai created more than 56,900 files and folders on this specific external drive during this time period. In my experience, this is consistent with someone actively transferring files to the external drive. Among the folders he created on the external drive during this time period were: "AllCells Outlook Backup 12122015"; "Product info"; "CDAs"; and "ERP system."  Based on the findings, it appears that Zhai made a backup of his entire Outlook data.

10.     Among the files in Zhai's Outlook were the following documents identified by their file names:

a)      151215 2016 Pricing.xlsx;

b)      AllCells Pricing Agreement 9.25.2014 MUTEX Final.pdf;

c)      FINAL Approved Contract Part 1 July 2011.pdf;

d)      FINAL Approved Contract Part 2 July 2011.pdf;

e)      Shenandoah AllCells Distributor Agreement FINAL 010713.pdf;

f)      Product Supply Agreement Miltenyi AllCells Final.pdf;

DECLARATION OF BRUCE PIXLEY IN SUPPORT OF MOTION AND APPLICATION FOR PRELIMINARY INJUNCTION

g)      7000-SOP-049 Approval 05 11 15 Walters.pdf; and

h)      7000-SOP-049 ICF V1 0 05 22 15 Walters Final TC.pdf.

11.     Among the files on Zhai's Desktop folder was a copy of a document with the file name Shenandoah AllCells Distributor Agreement FINAL 010713.pdf.

12.     From my review of Zhai's computer, I saw evidence of the following calendar events:

a)      On October 13, 2015, Zhai scheduled a meeting with Kris Stallings of Gilead, which was linked to his personal email account;

b)      On November 2, 2015, Zhai scheduled four meetings which were linked to his personal email account with: Brian Qian of Certified Genetool, Shidong Jia of Predicine, Inc., IGM, and Novartis;

c)      On November 3, 2015, Zhai scheduled a meeting with Yue Liu of Prothena, which was linked to his personal email account;

d)      On November 18 and 23, 2015, Zhai scheduled a meeting with Matthew Lei, the CEO of QuanDx, which was linked to his personal email account.

e)      Evidence of the calendar events described above are attached as Exhibit 1.

13.     During my review of Zhai's computer and the Western Digital "Elements" drive, I located copies of two specific files that were accessed around the time the Western Digital My Passport drive was plugged into Zhai's computer on December 12, 2015:

a)      6000-SOP-111 Peripheral Neutrophill Cell Isolation.pdf;

b)      6000-SOP-130 RBC Sedimentation Procedure for Whole Blood, Bone Marrow, & Cord Blood.pdf

**Lee's AllCells Work Computer**

14.     I also forensically investigated Lee's AllCells-issued work computer.  My findings reveal that on April 4, 2016, Lee plugged in 13 different external USB storage devices to his AllCells laptop computer.  Lee plugged in several of these devices multiple times.  At the same time that he plugged in the external drives, Lee created new folders on these devices, and

DECLARATION OF BRUCE PIXLEY IN SUPPORT OF
MOTION AND APPLICATION FOR PRELIMINARY
INJUNCTION

1    transferred dozens of documents.  For example, Lee plugged the first external hard drive, a

2    Western Digital drive, into his computer at 10:04:32 p.m.  At 10:04:54 p.m., less than a minute

3    later, Lee began creating folders on the external hard drives.  Lee continued to create folders on

4    the external hard drives through 11:22 PM.

5          15.    Among the files in Lee's Outlook were the following documents based off of file

6    names:

7               a)    Miltenyi Supply Agreement v2 020714.doc and SMUSSD-

8    Bizh14021208441.pdf;

9               b)    Shenandoah AllCells Distributor Agreement FINAL 010713.pdf;

10              c)    6000-SOP-077_Cryopreservation Procedure (Internal Use Only).DOC.

11          16.    From my review of the Lee's AllCells-issued work computer I saw evidence of the

12   following:

13              a)    On February 4, 2016, Zhai sent Lee copies of various term sheets,

14   including a Founders' Agreement, to review in preparation for a meeting with a corporate lawyer

15   the following day;

16              b)    On February 16, 2016, Zhai sent Lee information about how to access his

17   Cepheus email account;

18              c)    On February 25, 2016, Zhai sent an email from his Cepheus email account

19   to Lee, Bethanne Deuel, and the CEO of the San Diego Blood Bank David Wellis regarding a

20   potential agreement between the Blood Bank and Cepheus.  Zhai sent the email to the personal

21   email accounts of Lee, as well as the Cepheus email account of Lee, and a Cepheus account for

22   Deuel;

23              d)    On February 29, 2016, Zhai and Lee discussed a potential partnership;

24              e)    On March 1, 2016, Wellis, Zhai, Lee, and Deuel, scheduled a conference

25   call regarding a Cepheus partnership;

26              f)    On March 7, 2016, Zhai sent an email to Lee entitled, "Update on the

27   Discussion Regarding Founder's Salary and Equity with All Investors.";

28

DECLARATION OF BRUCE PIXLEY IN SUPPORT OF
MOTION AND APPLICATION FOR PRELIMINARY
INJUNCTION

1          g)       On March 12, 2016, Zhai copied Lee on an email stating that the "Series

2    Seed Initial Closing" would occur in March;

3          h)       On March 24, 2016, Deuel begins sending emails from her Cepheus

4    account, explaining to Zhai that she would try to get him new business cards (presumably for

5    Cepheus) later that day;

6          i)       On March 27, 2016, Zhai and Lee discussed hiring an intellectual property

7    lawyer for Cepheus.

8          j)       Evidence of the events described above are attached as Exhibit 2.

9

          I declare under penalty of perjury, under the laws of the United States, that the

10   foregoing is true and correct.

11        Executed this *28* day of *DECEMBER* 201 *6*

12

13

14                                                           Bruce W. Pixley

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRUCE PIXLEY IN SUPPORT OF
MOTION AND APPLICATION FOR PRELIMINARY
INJUNCTION

# EXHIBIT 1

**Subject:**            meetikng Gilead
**Location:**           meet at Foster City, CA 94404, on Tuesday 12pm

**Start:**              Tue 10/13/2015 10:00 AM
**End:**                Tue 10/13/2015 11:00 AM

**Recurrence:**         (none)

**Meeting Status:**     Meeting organizer

**Organizer:**          Jack Zhai
**Required Attendees:** bdeuel@allcells.com; 'Zhai, Jack'


**From:** Zhai, Jack [mailto:jyzhai@yahoo.com]
**Sent:** Thursday, October 08, 2015 12:13 PM
**To:** Stallings, Kris
**Subject:** Re: Checking In


sure, can we meet at Foster City, CA 94404, on Tuesday 12pm?

Thanks
Jack

**Start Date:**        October 13, 2015 10:00:00 AM PDT
**End Date:**          October 13, 2015 11:00:00 AM PDT

**Address:**           meet at Foster City, CA 94404, on Tuesday 12pm
**Calendar Item Type:** REQUEST

## Raw Data

**PR_ALTERNATE_RE** 1
**CIPIENT_ALLOWED:**

**PR_IMPORTANCE:**    1

**PR_MESSAGE_CLA**   IPM.Schedule.Meeting.Request
**SS:**

**PR_ORIGINATOR_D**  0
**ELIVERY_REPORT_**
**REQUESTED:**

**PR_PRIORITY:**      0

**PR_READ_RECEIPT**  0
**_REQUESTED:**

**PR_RECIPIENT_REA** 0
**SSIGNMENT_PROHI**
**BITED:**

**PR_ORIGINAL_SEN**  0
**SITIVITY:**

**PR_SENSITIVITY:**  0

**PR_SUBJECT:**       meetikng Gilead

**PR_CLIENT_SUBMIT** Mon Oct 12 15:45:45 PDT 2015
**_TIME:**

**PR_SENT_REPRESE**  { data: 24 bytes }
**NTING_SEARCH_KE**
**Y:**

**PR_SENT_REPRESE**  { data: 92 bytes }
**NTING_ENTRY_ID:**

**PR_SENT_REPRESE**  Jack Zhai
**NTING_NAME:**

**PR_START_DATE:**   Tue Oct 13 10:00:00 PDT 2015

**PR_END_DATE:**     Tue Oct 13 11:00:00 PDT 2015

**PR_OWNER_APPOI**  -1582716961
**NTMENT_ID:**

**PR_RESPONSE_RE**   1
**QUESTED:**

**PR_SENT_REPRESE**  SMTP
**NTING_ADDRESS_T**
**YPE:**

**PR_SENT_REPRESE**  jzhai@allcells.com
**NTING_EMAIL_ADD**
**RESS:**

**PR_CONVERSATION**  meetikng Gilead
**_TOPIC:**

**PR_CONVERSATION**  { data: 27 bytes }
**_INDEX:**

**PR_SENDER_ENTRY**  { data: 92 bytes }
**_ID:**

**PR_SENDER_NAME:**  Jack Zhai

**PR_SENDER_SEAR**   { data: 24 bytes }
**CH_KEY:**

**PR_SENDER_ADDR**   SMTP
**ESS_TYPE:**

**PR_SENDER_EMAIL**  jzhai@allcells.com
**_ADDRESS:**

**0x0e01:**          0

| | |
|---|---|
| **PR_DISPLAY_TO:** | bdeuel@allcells.com; 'Zhai, Jack' |
| **PR_MESSAGE_DELIVERY_TIME:** | Mon Oct 12 15:45:00 PDT 2015 |
| **PR_MESSAGE_FLAGS:** | 1 |
| **PR_MESSAGE_SIZE:** | 9711 |
| **PR_SENTMAIL_ENTRYID:** | { data: 24 bytes } |
| **PR_PRIMARY_SEND_ACCOUNT:** | 00000003 jzhai@allcells.com jzhai@allcells.com |
| **PR_NEXT_SEND_ACCT:** | 00000003 jzhai@allcells.com jzhai@allcells.com |
| **PR_BODY:** | From: Zhai, Jack [mailto:jyzhai@yahoo.com]<br>Sent: Thursday, October 08, 2015 12:13 PM<br>To: Stallings, Kris<br>Subject: Re: Checking In<br><br>sure, can we meet at Foster City, CA 94404, on Tuesday 12pm?<br><br>Thanks<br>Jack |
| **PR_RTF_COMPRESSED:** | From: Zhai, Jack [mailto:jyzhai@yahoo.com]<br><br>Sent: Thursday, October 08, 2015 12:13 PM<br>To: Stallings, Kris<br>Subject: Re: Checking In<br><br><br><br>sure, can we meet at Foster City, CA 94404, on Tuesday 12pm?<br><br>Thanks<br>Jack |
| **PR_ICON_INDEX:** | -1 |
| **PR_CREATION_TIME:** | Mon Oct 12 15:45:45 PDT 2015 |
| **PR_LAST_MODIFICATION_TIME:** | Mon Oct 12 15:45:45 PDT 2015 |
| **PR_SEARCH_KEY:** | { data: 16 bytes } |
| **PR_INTERNET_CPID:** | 28591 |
| **PR_MESSAGE_LOCAL_ID:** | 1033 |
| **0x5902:** | 1441792 |
| **0x5909:** | 3 |
| **PR_PROFILE_AUTH_PACKAGE:** | From: Zhai, Jack [mailto:jyzhai@yahoo.com]<br>Sent: Thursday, October 08, 2015 12:13 PM<br>To: Stallings, Kris<br>Subject: Re: Checking In<br><br>sure, can we meet at Foster City, CA 94404, on Tuesday 12pm?<br><br>Thanks<br>Jack |
| **PidLidCommonStart:** | Tue Oct 13 10:00:00 PDT 2015 |
| **PidLidCommonEnd:** | Tue Oct 13 11:00:00 PDT 2015 |
| **PidLidApptStartWhole:** | Tue Oct 13 10:00:00 PDT 2015 |
| **PidLidApptEndWhole:** | Tue Oct 13 11:00:00 PDT 2015 |
| **PidLidBusyStatus:** | 1 |

| | |
|---|---|
| **PidLidLocation:** | meet at Foster City, CA 94404, on Tuesday 12pm |
| | --- Recipient 1 --- |
| **0x67f2:** | 9638776 |
| **0x67f3:** | 9638778 |
| **0x0e0f:** | 1 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | bdeuel@allcells.com |
| **PR_ENTRYID:** | { data: 63 bytes } |
| **PR_DISPLAY_NAME :** | bdeuel@allcells.com |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 25 bytes } |
| **0x0ff9:** | { data: 114 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 0 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | bdeuel@allcells.com |
| **0x5ff7:** | { data: 114 bytes } |
| **0x5ffb:** | Tue Oct 22 16:18:00 PST 1602 |
| **0x5ffd:** | 769 |
| **0x5fff:** | 0 |
| **0x6001:** | bdeuel@allcells.com |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| | --- Recipient 2 --- |
| **0x67f2:** | 9638779 |
| **0x67f3:** | 9638781 |
| **0x0e0f:** | 1 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | jyzhai@yahoo.com |
| **PR_ENTRYID:** | { data: 94 bytes } |
| **PR_DISPLAY_NAME :** | 'Zhai, Jack' |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 22 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 1 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | 'Zhai, Jack' |
| **0x5ff7:** | { data: 94 bytes } |

| | |
|---|---|
| **0x5ffb:** | Tue Oct 22 16:18:00 PST 1602 |
| **0x5ffd:** | 769 |
| **0x5fff:** | 0 |
| **0x6001:** | jyzhai@yahoo.com |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |

**Subject:**               Lunch meeting with Novartis
**Location:**              Hong Kong East Ocean Seafood Restaurant

**Start:**                 Mon 11/2/2015 12:00 PM
**End:**                   Mon 11/2/2015 1:30 PM

**Recurrence:**            (none)

**Meeting Status:**        Meeting organizer

**Organizer:**             Jack Zhai
**Required Attendees:**    'Zhai, Jack'; jsheng@genesun.com; weidong.zhong@novartis.com

Address: 3199 Powell St, Emeryville, CA 94608
Phone:(510) 655-3388

**Start Date:**          November 2, 2015 12:00:00 PM PST
**End Date:**            November 2, 2015 1:30:00 PM PST

**Address:**             Hong Kong East Ocean Seafood Restaurant
**Calendar Item Type:**  REQUEST

## Raw Data

**PR_ALTERNATE_RE CIPIENT_ALLOWED:** 1

**PR_IMPORTANCE:** 1

**PR_MESSAGE_CLA SS:** IPM.Appointment

**PR_ORIGINATOR_D ELIVERY_REPORT_ REQUESTED:** 0

**PR_PRIORITY:** 0

**PR_READ_RECEIPT _REQUESTED:** 0

**PR_SENSITIVITY:** 0

**PR_SUBJECT:** Lunch meeting with Novartis

**PR_CLIENT_SUBMIT _TIME:** Sun Oct 25 11:41:43 PDT 2015

**PR_SENT_REPRESE NTING_SEARCH_KE Y:** { data: 24 bytes }

**PR_SENT_REPRESE NTING_ENTRY_ID:** { data: 92 bytes }

**PR_SENT_REPRESE NTING_NAME:** Jack Zhai

**PR_OWNER_APPOI NTMENT_ID:** -1279678497

**PR_RESPONSE_RE QUESTED:** 1

**PR_SENT_REPRESE NTING_ADDRESS_T YPE:** SMTP

**PR_SENT_REPRESE NTING_EMAIL_ADD RESS:** jzhai@allcells.com

**PR_CONVERSATION _TOPIC:** Lunch meeting with Novartis

**PR_CONVERSATION _INDEX:** { data: 22 bytes }

**PR_REPLY_REQUES TED:** 1

**PR_SENDER_ENTRY _ID:** { data: 92 bytes }

**PR_SENDER_NAME:** Jack Zhai

**PR_SENDER_SEAR CH_KEY:** { data: 24 bytes }

**PR_SENDER_ADDR ESS_TYPE:** SMTP

**PR_SENDER_EMAIL _ADDRESS:** jzhai@allcells.com

**0x0e01:** 0

**PR_DISPLAY_TO:** 'Zhai, Jack'; jsheng@genesun.com; weidong.zhong@novartis.com

**PR_MESSAGE_DELI VERY_TIME:** Sun Oct 25 11:37:53 PDT 2015

**PR_MESSAGE_FLA GS:** 1

| | |
|---|---|
| PR_MESSAGE_SIZE: | 8723 |
| PR_BODY: | Address: 3199 Powell St, Emeryville, CA 94608 |
| | Phone:(510) 655-3388 |
| PR_RTF_COMPRESSED: | Address: 3199 Powell St, Emeryville, CA 94608 |
| | Phone:(510) 655-3388 |
| PR_ICON_INDEX: | 1026 |
| 0x1081: | 517 |
| 0x1082: | Sun Oct 25 12:22:00 PDT 2015 |
| PR_CREATION_TIME: | Sun Oct 25 10:58:09 PDT 2015 |
| PR_LAST_MODIFICATION_TIME: | Mon Nov 02 21:02:38 PST 2015 |
| PR_SEARCH_KEY: | { data: 16 bytes } |
| PR_INTERNET_CPID: | 28591 |
| PR_MESSAGE_LOCAL_ID: | 1033 |
| PR_PROFILE_AUTH_PACKAGE: | Address: 3199 Powell St, Emeryville, CA 94608 |
| | Phone:(510) 655-3388 |
| PidLidCommonStart: | Mon Nov 02 12:00:00 PST 2015 |
| PidLidCommonEnd: | Mon Nov 02 13:30:00 PST 2015 |
| PidLidApptStartWhole: | Mon Nov 02 12:00:00 PST 2015 |
| PidLidApptEndWhole: | Mon Nov 02 13:30:00 PST 2015 |
| PidLidBusyStatus: | 2 |
| PidLidLocation: | Hong Kong East Ocean Seafood Restaurant |
| | --- Recipient 1 --- |
| 0x67f2: | 4277143 |
| 0x67f3: | 4277145 |
| 0x0e0f: | 0 |
| PR_ADDRTYPE: | SMTP |
| PR_EMAIL_ADDRESS: | jyzhai@yahoo.com |
| PR_ENTRYID: | { data: 94 bytes } |
| PR_DISPLAY_NAME: | 'Zhai, Jack' |
| PR_RECIPIENT_TYPE: | 1 |
| PR_SEARCH_KEY: | { data: 22 bytes } |
| 0x0ffe: | 6 |
| 0x3900: | 0 |
| PR_SEND_RICH_INFO: | 0 |
| 0x5fde: | 0 |
| 0x5fdf: | 0 |
| PR_RECIPIENT_DISPLAY_NAME: | 'Zhai, Jack' |
| 0x5ffd: | 513 |
| 0x5fff: | 0 |
| PR_SEND_INTERNET_ENCODING: | 0 |
| 0x5ff7: | { data: 94 bytes } |
| 0x5feb: | 0 |
| 0x5fef: | 0 |
| 0x5ff2: | 0 |
| 0x5ff5: | 0 |

| | |
|---|---|
| **0x6001:** | jyzhai@yahoo.com |
| **0x5ffb:** | Sun Dec 31 16:00:00 PST 1600 |
| | --- Recipient 2 --- |
| **0x67f2:** | 4277146 |
| **0x67f3:** | 4277148 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | jsheng@genesun.com |
| **PR_ENTRYID:** | { data: 110 bytes } |
| **PR_DISPLAY_NAME :** | jsheng@genesun.com |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 24 bytes } |
| **0x0ff9:** | { data: 110 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 1 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | jsheng@genesun.com |
| **0x5ffd:** | 513 |
| **0x5fff:** | 3 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5ff7:** | { data: 110 bytes } |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x5ffb:** | Mon Oct 26 11:38:00 PDT 2015 |
| | --- Recipient 3 --- |
| **0x67f2:** | 4277149 |
| **0x67f3:** | 4277151 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | weidong.zhong@novartis.com |
| **PR_ENTRYID:** | { data: 142 bytes } |
| **PR_DISPLAY_NAME :** | weidong.zhong@novartis.com |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 32 bytes } |
| **0x0ff9:** | { data: 142 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 2 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | weidong.zhong@novartis.com |
| **0x5ffd:** | 513 |
| **0x5fff:** | 3 |

| | |
|---|---|
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5ff7:** | { data: 142 bytes } |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x6001:** | weidong.zhong@novartis.com |
| **0x5ffb:** | Sun Oct 25 12:23:00 PDT 2015 |

**Subject:**            Collaboration
**Location:**          3535 Breakwater Ave, Hayward, CA 94545

**Start:**               Mon 11/2/2015 2:00 PM
**End:**                 Mon 11/2/2015 3:00 PM
**Show Time As:**     Tentative

**Recurrence:**        (none)

**Meeting Status:**     Not yet responded

**Organizer:**         Jack Zhai
**Required Attendees:**    jsheng@genesun.com; 'Zhai, Jack'; shidong_jia@yahoo.com

Nov, Monday 2pm to meet Shidong Jia at 3535 Breakwater Ave, Hayward, CA 94545

**Start Date:**          November 2, 2015 2:00:00 PM PST
**End Date:**            November 2, 2015 3:00:00 PM PST


**Address:**             3535 Breakwater Ave, Hayward, CA 94545
**Calendar Item Type:**  REQUEST


## Raw Data


| | |
|---|---|
| **PR_ALTERNATE_RE CIPIENT_ALLOWED:** | 1 |
| **PR_IMPORTANCE:** | 1 |
| **PR_MESSAGE_CLA SS:** | IPM.Schedule.Meeting.Request |
| **PR_ORIGINATOR_D ELIVERY_REPORT_ REQUESTED:** | 0 |
| **PR_PRIORITY:** | 0 |
| **PR_READ_RECEIPT _REQUESTED:** | 0 |
| **PR_RECIPIENT_REA SSIGNMENT_PROHI BITED:** | 0 |
| **PR_ORIGINAL_SEN SITIVITY:** | 0 |
| **PR_SENSITIVITY:** | 0 |
| **PR_SUBJECT:** | Collaboration |
| **PR_CLIENT_SUBMIT _TIME:** | Sun Oct 25 12:24:51 PDT 2015 |
| **PR_SENT_REPRESE NTING_SEARCH_KE Y:** | { data: 24 bytes } |
| **PR_SENT_REPRESE NTING_ENTRY_ID:** | { data: 92 bytes } |
| **PR_SENT_REPRESE NTING_NAME:** | Jack Zhai |
| **PR_START_DATE:** | Mon Nov 02 14:00:00 PST 2015 |
| **PR_END_DATE:** | Mon Nov 02 15:00:00 PST 2015 |
| **PR_OWNER_APPOI NTMENT_ID:** | -1189500961 |
| **PR_RESPONSE_RE QUESTED:** | 1 |
| **PR_SENT_REPRESE NTING_ADDRESS_T YPE:** | SMTP |
| **PR_SENT_REPRESE NTING_EMAIL_ADD RESS:** | jzhai@allcells.com |
| **PR_CONVERSATION _TOPIC:** | Collaboration |
| **PR_CONVERSATION _INDEX:** | { data: 27 bytes } |
| **PR_SENDER_ENTRY _ID:** | { data: 92 bytes } |
| **PR_SENDER_NAME:** | Jack Zhai |
| **PR_SENDER_SEAR CH_KEY:** | { data: 24 bytes } |
| **PR_SENDER_ADDR ESS_TYPE:** | SMTP |
| **PR_SENDER_EMAIL _ADDRESS:** | jzhai@allcells.com |
| **0x0e01:** | 0 |

| | |
|---|---|
| **PR_DISPLAY_TO:** | jsheng@genesun.com; 'Zhai, Jack'; 'shidong_jia@yahoo.com' |
| **PR_MESSAGE_DELIVERY_TIME:** | Sun Oct 25 12:24:00 PDT 2015 |
| **PR_MESSAGE_FLAGS:** | 1 |
| **PR_MESSAGE_SIZE:** | 8662 |
| **PR_SENTMAIL_ENTRYID:** | { data: 24 bytes } |
| **PR_PRIMARY_SEND_ACCOUNT:** | 00000003 jzhai@allcells.com jzhai@allcells.com |
| **PR_NEXT_SEND_ACCT:** | 00000003 jzhai@allcells.com jzhai@allcells.com |
| **PR_BODY:** | Nov, Monday 2pm to meet Shidong Jia at 3535 Breakwater Ave, Hayward, CA 94545 |
| **PR_RTF_COMPRESSED:** | Nov, Monday 2pm to meet Shidong Jia at 3535 Breakwater Ave, Hayward, CA 94545 |
| **PR_ICON_INDEX:** | -1 |
| **PR_CREATION_TIME:** | Sun Oct 25 12:24:50 PDT 2015 |
| **PR_LAST_MODIFICATION_TIME:** | Sun Oct 25 12:24:50 PDT 2015 |
| **PR_SEARCH_KEY:** | { data: 16 bytes } |
| **PR_INTERNET_CPID:** | 28591 |
| **PR_MESSAGE_LOCAL_ID:** | 1033 |
| **0x5902:** | 1441792 |
| **0x5909:** | 3 |
| **PR_PROFILE_AUTH_PACKAGE:** | Nov, Monday 2pm to meet Shidong Jia at 3535 Breakwater Ave, Hayward, CA 94545 |
| **PidLidCommonStart:** | Mon Nov 02 14:00:00 PST 2015 |
| **PidLidCommonEnd:** | Mon Nov 02 15:00:00 PST 2015 |
| **PidLidApptStartWhole:** | Mon Nov 02 14:00:00 PST 2015 |
| **PidLidApptEndWhole:** | Mon Nov 02 15:00:00 PST 2015 |
| **PidLidBusyStatus:** | 1 |
| **PidLidLocation:** | 3535 Breakwater Ave, Hayward, CA 94545 |
| | --- Recipient 1 --- |
| **0x67f2:** | 9638642 |
| **0x67f3:** | 9638644 |
| **0x0e0f:** | 1 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRESS:** | jsheng@genesun.com |
| **PR_ENTRYID:** | { data: 63 bytes } |
| **PR_DISPLAY_NAME:** | jsheng@genesun.com |
| **PR_RECIPIENT_TYPE:** | 1 |
| **PR_SEARCH_KEY:** | { data: 24 bytes } |
| **0x0ff9:** | { data: 110 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INFO:** | 0 |
| **PR_SEND_INTERNET_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 0 |

**PR_RECIPIENT_DIS**    jsheng@genesun.com
**PLAY_NAME:**
**0x5ff7:**               { data: 110 bytes }
**0x5ffd:**               513
**0x5fff:**                0
**0x6001:**               jsheng@genesun.com
**0x5feb:**               0
**0x5fef:**               0
**0x5ff2:**               0
**0x5ff5:**               0

                     --- Recipient 2 ---
**0x67f2:**               9638645
**0x67f3:**               9638647
**0x0e0f:**               1
**PR_ADDRTYPE:**     SMTP
**PR_EMAIL_ADDRES**   jyzhai@yahoo.com
**S:**
**PR_ENTRYID:**        { data: 94 bytes }
**PR_DISPLAY_NAME**   'Zhai, Jack'
**:**
**PR_RECIPIENT_TYP**   1
**E:**
**PR_SEARCH_KEY:**    { data: 22 bytes }
**0x0ffe:**                6
**0x3900:**               0
**PR_SEND_RICH_INF**   0
**O:**
**PR_SEND_INTERNE**    0
**T_ENCODING:**
**0x5fde:**               0
**0x5fdf:**               1
**PR_RECIPIENT_DIS**   'Zhai, Jack'
**PLAY_NAME:**
**0x5ff7:**               { data: 94 bytes }
**0x5ffd:**               513
**0x5fff:**               0
**0x6001:**               jyzhai@yahoo.com
**0x5feb:**               0
**0x5fef:**               0
**0x5ff2:**               0
**0x5ff5:**               0

                     --- Recipient 3 ---
**0x67f2:**               9638648
**0x67f3:**               9638650
**0x0e0f:**               1
**PR_ADDRTYPE:**     SMTP
**PR_EMAIL_ADDRES**   shidong_jia@yahoo.com
**S:**
**PR_ENTRYID:**        { data: 122 bytes }
**PR_DISPLAY_NAME**   'shidong_jia@yahoo.com'
**:**
**PR_RECIPIENT_TYP**   1
**E:**
**PR_SEARCH_KEY:**    { data: 27 bytes }
**0x0ff9:**               { data: 122 bytes }
**0x0ffe:**                6
**0x3900:**               0

**PR_SEND_RICH_INF**
**O:**                        0

**PR_SEND_INTERNE**          0
**T_ENCODING:**

**0x5fde:**                  0

**0x5fdf:**                  2

**PR_RECIPIENT_DIS**   shidong_jia@yahoo.com
**PLAY_NAME:**

**0x5ff7:**                  { data: 122 bytes }

**0x5ffd:**                  513

**0x5fff:**                  0

**0x5feb:**                  0

**0x5fef:**                  0

**0x5ff2:**                  0

**0x5ff5:**                  0

**Subject:**               Collaboration

**Start:**                 Mon 11/2/2015 2:00 PM
**End:**                   Mon 11/2/2015 3:00 PM

**Recurrence:**            (none)

**Meeting Status:**        Meeting organizer

**Organizer:**             Jack Zhai
**Required Attendees:**    'Zhai, Jack'; frank.wilson@igm.com


Nov, Monday 2pm to meet IGM

**Start Date:**          November 2, 2015 2:00:00 PM PST
**End Date:**            November 2, 2015 3:00:00 PM PST

**Calendar Item Type:**  REQUEST

## Raw Data

**PR_ALTERNATE_RE**   1
**CIPIENT_ALLOWED:**
**PR_IMPORTANCE:**     1
**PR_MESSAGE_CLA**    IPM.Appointment
**SS:**
**PR_ORIGINATOR_D**   0
**ELIVERY_REPORT_**
**REQUESTED:**
**PR_PRIORITY:**       0
**PR_READ_RECEIPT**   0
**_REQUESTED:**
**PR_SENSITIVITY:**    0
**PR_SUBJECT:**        Collaboration
**PR_CLIENT_SUBMIT**  Sun Oct 25 12:24:50 PDT 2015
**_TIME:**
**PR_SENT_REPRESE**   { data: 24 bytes }
**NTING_SEARCH_KE**
**Y:**
**PR_SENT_REPRESE**   { data: 92 bytes }
**NTING_ENTRY_ID:**
**PR_SENT_REPRESE**   Jack Zhai
**NTING_NAME:**
**PR_OWNER_APPOI**    -1189500961
**NTMENT_ID:**
**PR_RESPONSE_RE**    1
**QUESTED:**
**PR_SENT_REPRESE**   SMTP
**NTING_ADDRESS_T**
**YPE:**
**PR_SENT_REPRESE**   jzhai@allcells.com
**NTING_EMAIL_ADD**
**RESS:**
**PR_CONVERSATION**   Collaboration
**_TOPIC:**
**PR_CONVERSATION**   { data: 22 bytes }
**_INDEX:**
**PR_REPLY_REQUES**   1
**TED:**
**PR_SENDER_ENTRY**   { data: 92 bytes }
**_ID:**
**PR_SENDER_NAME:**   Jack Zhai
**PR_SENDER_SEAR**    { data: 24 bytes }
**CH_KEY:**
**PR_SENDER_ADDR**    SMTP
**ESS_TYPE:**
**PR_SENDER_EMAIL**   jzhai@allcells.com
**_ADDRESS:**
**0x0e01:**            0
**PR_DISPLAY_TO:**     'Zhai, Jack'; frank.wilson@igm.com
**PR_MESSAGE_DELI**   Sun Oct 25 12:24:50 PDT 2015
**VERY_TIME:**
**PR_MESSAGE_FLA**    1
**GS:**
**PR_MESSAGE_SIZE:**  7198

| | |
|---|---|
| **PR_BODY:** | Nov, Monday 2pm to meet IGM |
| **PR_RTF_COMPRES SED:** | Nov, Monday 2pm to meet IGM |
| **PR_ICON_INDEX:** | 1026 |
| **0x1081:** | 517 |
| **0x1082:** | Mon Nov 02 21:52:00 PST 2015 |
| **PR_CREATION_TIM E:** | Sun Oct 25 12:23:09 PDT 2015 |
| **PR_LAST_MODIFICA TION_TIME:** | Mon Nov 02 21:52:45 PST 2015 |
| **PR_SEARCH_KEY:** | { data: 16 bytes } |
| **PR_INTERNET_CPID :** | 28591 |
| **PR_MESSAGE_LOC AL_ID:** | 1033 |
| **PR_PROFILE_AUTH _PACKAGE:** | Nov, Monday 2pm to meet IGM |
| **PidLidCommonStart:** | Mon Nov 02 14:00:00 PST 2015 |
| **PidLidCommonEnd:** | Mon Nov 02 15:00:00 PST 2015 |
| **PidLidApptStartWhol e:** | Mon Nov 02 14:00:00 PST 2015 |
| **PidLidApptEndWhol e:** | Mon Nov 02 15:00:00 PST 2015 |
| **PidLidBusyStatus:** | 2 |
| | --- Recipient 1 --- |
| **0x67f2:** | 4298276 |
| **0x67f3:** | 4298278 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | jyzhai@yahoo.com |
| **PR_ENTRYID:** | { data: 94 bytes } |
| **PR_DISPLAY_NAME :** | 'Zhai, Jack' |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 22 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 0 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | 'Zhai, Jack' |
| **0x5ff7:** | { data: 94 bytes } |
| **0x5ffd:** | 513 |
| **0x5fff:** | 0 |
| **0x6001:** | jyzhai@yahoo.com |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x5ffb:** | Sun Dec 31 16:00:00 PST 1600 |
| | --- Recipient 2 --- |
| **0x67f2:** | 4298279 |
| **0x67f3:** | 4298281 |

| | |
|---|---|
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRESS:** | frank.wilson@igm.com |
| **PR_ENTRYID:** | { data: 118 bytes } |
| **PR_DISPLAY_NAME:** | frank.wilson@igm.com |
| **PR_RECIPIENT_TYPE:** | 1 |
| **PR_SEARCH_KEY:** | { data: 26 bytes } |
| **0x0ff9:** | { data: 118 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INFO:** | 0 |
| **PR_SEND_INTERNET_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 1 |
| **PR_RECIPIENT_DISPLAY_NAME:** | frank.wilson@igm.com |
| **0x5ff7:** | { data: 118 bytes } |
| **0x5ffd:** | 513 |
| **0x5fff:** | 0 |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x5ffb:** | Sun Dec 31 16:00:00 PST 1600 |

| | |
|---|---|
| **Subject:** | Nov, Monday 4pm to Brian Qian at Pleasanton and dinner |
| **Location:** | 7074 Commerce Circle, Ste.B, Pleasanton, CA 94588 |
| | |
| **Start:** | Mon 11/2/2015 5:00 PM |
| **End:** | Mon 11/2/2015 7:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Meeting organizer |
| | |
| **Organizer:** | Jack Zhai |
| **Required Attendees:** | 'Zhai, Jack' |

**Start Date:**        November 2, 2015 5:00:00 PM PST
**End Date:**          November 2, 2015 7:00:00 PM PST


**Address:**           7074 Commerce Circle, Ste.B, Pleasanton, CA 94588
**Calendar Item Type:** REQUEST


## Raw Data

**PR_ALTERNATE_RE** 1
**CIPIENT_ALLOWED:**
**PR_IMPORTANCE:**    1
**PR_MESSAGE_CLA**   IPM.Schedule.Meeting.Request
**SS:**
**PR_ORIGINATOR_D**   0
**ELIVERY_REPORT_**
**REQUESTED:**
**PR_PRIORITY:**      0
**PR_READ_RECEIPT**  0
**_REQUESTED:**
**PR_RECIPIENT_REA**  0
**SSIGNMENT_PROHI**
**BITED:**
**PR_ORIGINAL_SEN**   0
**SITIVITY:**
**PR_SENSITIVITY:**   0
**PR_SUBJECT:**       Nov, Monday 4pm to Brian Qian at Pleasanton and dinner
**PR_CLIENT_SUBMIT**  Mon Nov 02 21:53:28 PST 2015
**_TIME:**
**PR_SENT_REPRESE**  { data: 24 bytes }
**NTING_SEARCH_KE**
**Y:**
**PR_SENT_REPRESE**  { data: 92 bytes }
**NTING_ENTRY_ID:**
**PR_SENT_REPRESE**  Jack Zhai
**NTING_NAME:**
**PR_START_DATE:**    Mon Nov 02 17:00:00 PST 2015
**PR_END_DATE:**      Mon Nov 02 19:00:00 PST 2015
**PR_OWNER_APPOI**   -1185306657
**NTMENT_ID:**
**PR_RESPONSE_RE**   1
**QUESTED:**
**PR_SENT_REPRESE**  SMTP
**NTING_ADDRESS_T**
**YPE:**
**PR_SENT_REPRESE**  jzhai@allcells.com
**NTING_EMAIL_ADD**
**RESS:**
**PR_CONVERSATION**  Nov, Monday 4pm to Brian Qian at Pleasanton and dinner
**_TOPIC:**
**PR_CONVERSATION**  { data: 27 bytes }
**_INDEX:**
**PR_SENDER_ENTRY**  { data: 92 bytes }
**_ID:**
**PR_SENDER_NAME:**  Jack Zhai
**PR_SENDER_SEAR**   { data: 24 bytes }
**CH_KEY:**
**PR_SENDER_ADDR**   SMTP
**ESS_TYPE:**
**PR_SENDER_EMAIL**  jzhai@allcells.com
**_ADDRESS:**
**0x0e01:**           0

| | |
|---|---|
| **PR_DISPLAY_TO:** | 'Zhai, Jack' |
| **PR_MESSAGE_DELIVERY_TIME:** | Mon Nov 02 21:53:00 PST 2015 |
| **PR_MESSAGE_FLAGS:** | 1 |
| **PR_MESSAGE_SIZE:** | 7090 |
| **PR_SENTMAIL_ENTRYID:** | { data: 24 bytes } |
| **PR_PRIMARY_SEND_ACCOUNT:** | 00000003 jzhai@allcells.com jzhai@allcells.com |
| **PR_NEXT_SEND_ACCT:** | 00000003 jzhai@allcells.com jzhai@allcells.com |
| **PR_ICON_INDEX:** | -1 |
| **PR_CREATION_TIME:** | Mon Nov 02 21:53:28 PST 2015 |
| **PR_LAST_MODIFICATION_TIME:** | Mon Nov 02 21:53:28 PST 2015 |
| **PR_SEARCH_KEY:** | { data: 16 bytes } |
| **PR_INTERNET_CPID:** | 28591 |
| **PR_MESSAGE_LOCAL_ID:** | 1033 |
| **0x5902:** | 1441792 |
| **0x5909:** | 3 |
| **PidLidCommonStart:** | Mon Nov 02 17:00:00 PST 2015 |
| **PidLidCommonEnd:** | Mon Nov 02 19:00:00 PST 2015 |
| **PidLidApptStartWhole:** | Mon Nov 02 17:00:00 PST 2015 |
| **PidLidApptEndWhole:** | Mon Nov 02 19:00:00 PST 2015 |
| **PidLidBusyStatus:** | 1 |
| **PidLidLocation:** | 7074 Commerce Circle, Ste.B, Pleasanton, CA 94588 |
| | --- Recipient 1 --- |
| **0x67f2:** | 9671365 |
| **0x67f3:** | 9671367 |
| **0x0e0f:** | 1 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRESS:** | jyzhai@yahoo.com |
| **PR_ENTRYID:** | { data: 94 bytes } |
| **PR_DISPLAY_NAME:** | 'Zhai, Jack' |
| **PR_RECIPIENT_TYPE:** | 1 |
| **PR_SEARCH_KEY:** | { data: 22 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INFO:** | 0 |
| **PR_SEND_INTERNET_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 0 |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **PR_RECIPIENT_DISPLAY_NAME:** | 'Zhai, Jack' |
| **0x5ff7:** | { data: 94 bytes } |

**0x5ffd:**          769
**0x5fff:**          0
**0x6001:**          jyzhai@yahoo.com

**Subject:**               Collaboration
**Location:**              650 Gateway Blvd. South San Francisco

**Start:**                 Tue 11/3/2015 12:00 PM
**End:**                   Tue 11/3/2015 1:00 PM

**Recurrence:**            (none)

**Meeting Status:**        Meeting organizer

**Organizer:**             Jack Zhai
**Required Attendees:**    jsheng@genesun.com; 'Zhai, Jack'; yue.liu@prothena.com


Nov. 3, Tuesday at 12pm to Yue Liu at Prothena at 650 Gateway Blvd. South San Francisco for lunch

Liu Yue – can you propose a place for lunch? Thanks. Jack

**Start Date:**          November 3, 2015 12:00:00 PM PST
**End Date:**            November 3, 2015 1:00:00 PM PST


**Address:**             650 Gateway Blvd. South San Francisco
**Calendar Item Type:**  REQUEST


## Raw Data


**PR_ALTERNATE_RE**      1
**CIPIENT_ALLOWED:**

**PR_IMPORTANCE:**       1

**PR_MESSAGE_CLA**       IPM.Appointment
**SS:**

**PR_ORIGINATOR_D**      0
**ELIVERY_REPORT_**
**REQUESTED:**

**PR_PRIORITY:**         0

**PR_READ_RECEIPT**      0
**_REQUESTED:**

**PR_SENSITIVITY:**      0

**PR_SUBJECT:**          Collaboration

**PR_CLIENT_SUBMIT**     Sun Oct 25 12:32:43 PDT 2015
**_TIME:**

**PR_SENT_REPRESE**      { data: 24 bytes }
**NTING_SEARCH_KE**
**Y:**

**PR_SENT_REPRESE**      { data: 92 bytes }
**NTING_ENTRY_ID:**

**PR_SENT_REPRESE**      Jack Zhai
**NTING_NAME:**

**PR_OWNER_APPOI**       -1172723745
**NTMENT_ID:**

**PR_RESPONSE_RE**       1
**QUESTED:**

**PR_SENT_REPRESE**      SMTP
**NTING_ADDRESS_T**
**YPE:**

**PR_SENT_REPRESE**      jzhai@allcells.com
**NTING_EMAIL_ADD**
**RESS:**

**PR_CONVERSATION**      Collaboration
**_TOPIC:**

**PR_CONVERSATION**      { data: 22 bytes }
**_INDEX:**

**PR_REPLY_REQUES**      1
**TED:**

**PR_SENDER_ENTRY**      { data: 92 bytes }
**_ID:**

**PR_SENDER_NAME:**      Jack Zhai

**PR_SENDER_SEAR**       { data: 24 bytes }
**CH_KEY:**

**PR_SENDER_ADDR**       SMTP
**ESS_TYPE:**

**PR_SENDER_EMAIL**      jzhai@allcells.com
**_ADDRESS:**

**0x0e01:**              0

**PR_DISPLAY_TO:**       jsheng@genesun.com; 'Zhai, Jack'; yue.liu@prothena.com

**PR_MESSAGE_DELI**      Sun Oct 25 12:32:43 PDT 2015
**VERY_TIME:**

**PR_MESSAGE_FLA**       1
**GS:**

| | |
|---|---|
| **PR_MESSAGE_SIZE:** | 8452 |
| **PR_BODY:** | Nov. 3, Tuesday at 12pm to Yue Liu at Prothena at 650 Gateway Blvd. South San Francisco for lunch |
| | Liu Yue – can you propose a place for lunch? Thanks. Jack |
| **PR_RTF_COMPRES SED:** | Nov. 3, Tuesday at 12pm to Yue Liu at Prothena at 650 Gateway Blvd. South San Francisco for lunch |
| | Liu Yue – can you propose a place for lunch? Thanks. Jack |
| **PR_ICON_INDEX:** | 1026 |
| **0x1081:** | 516 |
| **0x1082:** | Sun Oct 25 12:32:00 PDT 2015 |
| **PR_CREATION_TIM E:** | Sun Oct 25 12:29:25 PDT 2015 |
| **PR_LAST_MODIFICA TION_TIME:** | Tue Nov 03 19:12:16 PST 2015 |
| **PR_SEARCH_KEY:** | { data: 16 bytes } |
| **PR_INTERNET_CPID :** | 28591 |
| **PR_MESSAGE_LOC AL_ID:** | 1033 |
| **PR_PROFILE_AUTH _PACKAGE:** | Nov. 3, Tuesday at 12pm to Yue Liu at Prothena at 650 Gateway Blvd. South San Francisco for lunch |
| | Liu Yue – can you propose a place for lunch? Thanks. Jack |
| **PidLidCommonStart:** | Tue Nov 03 12:00:00 PST 2015 |
| **PidLidCommonEnd:** | Tue Nov 03 13:00:00 PST 2015 |
| **PidLidApptStartWhol e:** | Tue Nov 03 12:00:00 PST 2015 |
| **PidLidApptEndWhol e:** | Tue Nov 03 13:00:00 PST 2015 |
| **PidLidBusyStatus:** | 2 |
| **PidLidLocation:** | 650 Gateway Blvd. South San Francisco |
| | --- Recipient 1 --- |
| **0x67f2:** | 4297404 |
| **0x67f3:** | 4297406 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | jsheng@genesun.com |
| **PR_ENTRYID:** | { data: 63 bytes } |
| **PR_DISPLAY_NAME :** | jsheng@genesun.com |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 24 bytes } |
| **0x0ff9:** | { data: 110 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 0 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | jsheng@genesun.com |
| **0x5ff7:** | { data: 110 bytes } |
| **0x5ffd:** | 513 |
| **0x5fff:** | 3 |
| **0x6001:** | jsheng@genesun.com |

| | |
|---|---|
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x5ffb:** | Mon Oct 26 11:36:00 PDT 2015 |
| | --- Recipient 2 --- |
| **0x67f2:** | 4297407 |
| **0x67f3:** | 4297409 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | jyzhai@yahoo.com |
| **PR_ENTRYID:** | { data: 94 bytes } |
| **PR_DISPLAY_NAME :** | 'Zhai, Jack' |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 22 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 1 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | 'Zhai, Jack' |
| **0x5ff7:** | { data: 94 bytes } |
| **0x5ffd:** | 513 |
| **0x5fff:** | 0 |
| **0x6001:** | jyzhai@yahoo.com |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x5ffb:** | Sun Dec 31 16:00:00 PST 1600 |
| | --- Recipient 3 --- |
| **0x67f2:** | 4297410 |
| **0x67f3:** | 4297412 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | yue.liu@prothena.com |
| **PR_ENTRYID:** | { data: 118 bytes } |
| **PR_DISPLAY_NAME :** | yue.liu@prothena.com |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 26 bytes } |
| **0x0ff9:** | { data: 118 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |

**0x5fdf:**                    2
**PR_RECIPIENT_DIS**          yue.liu@prothena.com
**PLAY_NAME:**
**0x5ff7:**                    { data: 118 bytes }
**0x5ffd:**                    513
**0x5fff:**                    3
**0x5feb:**                    0
**0x5fef:**                    0
**0x5ff2:**                    0
**0x5ff5:**                    0
**0x5ffb:**                    Mon Nov 02 12:51:00 PST 2015

**Subject:** Business meeting
**Location:** 770 Charcot Avenue, San Jose, CA 95131

**Start:** Wed 11/18/2015 10:00 AM
**End:** Wed 11/18/2015 11:00 AM

**Recurrence:** (none)

**Meeting Status:** Meeting organizer

**Organizer:** Jack Zhai
**Required Attendees:** mlei@QuanDx.com; 'Zhai, Jack'

Mathew,

Lets plan to meet on Wednesday, 10AM .

I will put it on my calendar and also email you an invitation.

I look forward to meeting you then.

Thanks

Jack

---

**From:** Matthew Lei <quandxlei@gmail.com>
**To:** Jack Y Zhai <jyzhai@yahoo.com>
**Sent:** Wednesday, November 11, 2015 1:34 PM
**Subject:** Re: hello from Matthew

Hi, Jack:

is that possible we meet at Tuesday afternoon, or anytime on Wednesday, or after 10AM on Thursday?

Best regards,

Matthew Lei, PhD
CEO of QuanDx Inc.
mlei@QuanDx.com
Tel:1-855-QuanDx-Care (1-855-782-6392)
Cell phone: 718-974-5760
www.QuanDx.com

**Start Date:**              November 18, 2015 10:00:00 AM PST
**End Date:**               November 18, 2015 11:00:00 AM PST

**Address:**               770 Charcot Avenue, San Jose, CA 95131
**Calendar Item Type:**  REQUEST

## Raw Data

| | |
|---|---|
| **PR_ALTERNATE_RECIPIENT_ALLOWED:** | 1 |
| **PR_IMPORTANCE:** | 1 |
| **PR_MESSAGE_CLASS:** | IPM.Appointment |
| **PR_ORIGINATOR_DELIVERY_REPORT_REQUESTED:** | 0 |
| **PR_PRIORITY:** | 0 |
| **PR_READ_RECEIPT_REQUESTED:** | 0 |
| **PR_SENSITIVITY:** | 0 |
| **PR_SUBJECT:** | Business meeting |
| **PR_CLIENT_SUBMIT_TIME:** | Wed Nov 11 19:00:08 PST 2015 |
| **PR_SENT_REPRESENTING_SEARCH_KEY:** | { data: 24 bytes } |
| **PR_SENT_REPRESENTING_ENTRY_ID:** | { data: 92 bytes } |
| **PR_SENT_REPRESENTING_NAME:** | Jack Zhai |
| **PR_OWNER_APPOINTMENT_ID:** | -561268769 |
| **PR_RESPONSE_REQUESTED:** | 1 |
| **PR_SENT_REPRESENTING_ADDRESS_TYPE:** | SMTP |
| **PR_SENT_REPRESENTING_EMAIL_ADDRESS:** | jzhai@allcells.com |
| **PR_CONVERSATION_TOPIC:** | Business meeting |
| **PR_CONVERSATION_INDEX:** | { data: 22 bytes } |
| **PR_REPLY_REQUESTED:** | 1 |
| **PR_SENDER_ENTRY_ID:** | { data: 92 bytes } |
| **PR_SENDER_NAME:** | Jack Zhai |
| **PR_SENDER_SEARCH_KEY:** | { data: 24 bytes } |
| **PR_SENDER_ADDRESS_TYPE:** | SMTP |
| **PR_SENDER_EMAIL_ADDRESS:** | jzhai@allcells.com |
| **0x0e01:** | 0 |
| **PR_DISPLAY_TO:** | mlei@QuanDx.com; 'Zhai, Jack' |
| **PR_MESSAGE_DELIVERY_TIME:** | Wed Nov 11 19:00:08 PST 2015 |
| **PR_MESSAGE_FLAGS:** | 1 |

**PR_MESSAGE_SIZE:** 10845

**PR_BODY:** Mathew,

Lets plan to meet on Wednesday, 10AM .

I will put it on my calendar and also email you an invitation.

I look forward to meeting you then.

Thanks
Jack

From: Matthew Lei <quandxlei@gmail.com>
To: Jack Y Zhai <jyzhai@yahoo.com>
Sent: Wednesday, November 11, 2015 1:34 PM
Subject: Re: hello from Matthew

Hi, Jack:

is that possible we meet at Tuesday afternoon, or anytime on Wednesday, or after 10AM on Thursday?

Best regards,

Matthew Lei, PhD
CEO of QuanDx Inc.
mlei@QuanDx.com
Tel:1-855-QuanDx-Care (1-855-782-6392)
Cell phone: 718-974-5760
www.QuanDx.com <http://www.quandx.com/>

**PR_RTF_COMPRES SED:** Mathew,

Lets plan to meet on Wednesday, 10AM .

I will put it on my calendar and also email you an invitation.

I look forward to meeting you then.

Thanks
Jack

From: Matthew Lei <quandxlei@gmail.com>
To: Jack Y Zhai <jyzhai@yahoo.com>
Sent: Wednesday, November 11, 2015 1:34 PM
Subject: Re: hello from Matthew

Hi, Jack:

is that possible we meet at Tuesday afternoon, or anytime on Wednesday, or after 10AM on Thursday?

Best regards,

Matthew Lei, PhD
CEO of QuanDx Inc.
mlei@QuanDx.com
Tel:1-855-QuanDx-Care (1-855-782-6392)
Cell phone: 718-974-5760
www.QuanDx.com

**PR_ICON_INDEX:** 1026

**0x1081:** 516

**0x1082:** Wed Nov 11 19:00:00 PST 2015

**PR_CREATION_TIM E:** Wed Nov 11 18:57:46 PST 2015

**PR_LAST_MODIFICA TION_TIME:** Wed Nov 18 17:36:07 PST 2015

**PR_SEARCH_KEY:** { data: 16 bytes }

**PR_INTERNET_CPID :** 28591

**PR_MESSAGE_LOC AL_ID:** 1033

**PR_PROFILE_AUTH _PACKAGE:** Mathew,

Lets plan to meet on Wednesday, 10AM .

I will put it on my calendar and also email you an invitation.

I look forward to meeting you then.

Thanks

Jack

From: Matthew Lei <quandxlei@gmail.com>
To: Jack Y Zhai <jyzhai@yahoo.com>

**PidLidCommonStart:** Wed Nov 18 10:00:00 PST 2015

**PidLidCommonEnd:** Wed Nov 18 11:00:00 PST 2015

**PidLidApptStartWhol e:** Wed Nov 18 10:00:00 PST 2015

**PidLidApptEndWhol e:** Wed Nov 18 11:00:00 PST 2015

**PidLidBusyStatus:** 2

**PidLidLocation:** 770 Charcot Avenue, San Jose, CA 95131

--- Recipient 1 ---

**0x67f2:** 4314122

**0x67f3:** 4314124

**0x0e0f:** 0

**PR_ADDRTYPE:** SMTP

**PR_EMAIL_ADDRES S:** mlei@QuanDx.com

**PR_ENTRYID:** { data: 98 bytes }

**PR_DISPLAY_NAME :** mlei@QuanDx.com

**PR_RECIPIENT_TYP E:** 1

**PR_SEARCH_KEY:** { data: 21 bytes }

**0x0ff9:** { data: 98 bytes }

**0x0ffe:** 6

**0x3900:** 0

**PR_SEND_RICH_INF O:** 0

**PR_SEND_INTERNE T_ENCODING:** 0

**0x5fde:** 0

**0x5fdf:** 0

**PR_RECIPIENT_DIS PLAY_NAME:** mlei@QuanDx.com

**0x5ff7:** { data: 98 bytes }

**0x5ffd:** 513

**0x5fff:** 0

**0x5feb:** 0

**0x5fef:** 0

**0x5ff2:** 0

**0x5ff5:** 0

--- Recipient 2 ---

**0x67f2:** 4314125

**0x67f3:** 4314127

| | |
|---|---|
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRES S:** | jyzhai@yahoo.com |
| **PR_ENTRYID:** | { data: 94 bytes } |
| **PR_DISPLAY_NAME :** | 'Zhai, Jack' |
| **PR_RECIPIENT_TYP E:** | 1 |
| **PR_SEARCH_KEY:** | { data: 22 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INF O:** | 0 |
| **PR_SEND_INTERNE T_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 1 |
| **PR_RECIPIENT_DIS PLAY_NAME:** | 'Zhai, Jack' |
| **0x5ff7:** | { data: 94 bytes } |
| **0x5ffd:** | 513 |
| **0x5fff:** | 0 |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **0x6001:** | jyzhai@yahoo.com |

**Subject:**              QuanDx
**Location:**             Conference call

**Start:**                Mon 11/23/2015 10:30 AM
**End:**                  Mon 11/23/2015 11:30 AM

**Recurrence:**           (none)

**Meeting Status:**       Meeting organizer

**Organizer:**            Jack Zhai
**Required Attendees:**   'Zhai, Jack'

| | |
|---|---|
| **Start Date:** | November 23, 2015 10:30:00 AM PST |
| **End Date:** | November 23, 2015 11:30:00 AM PST |
| | |
| **Address:** | Conference call |
| **Calendar Item Type:** | REQUEST |

## Raw Data

| | |
|---|---|
| **PR_ALTERNATE_RECIPIENT_ALLOWED:** | 1 |
| **PR_IMPORTANCE:** | 1 |
| **PR_MESSAGE_CLASS:** | IPM.Appointment |
| **PR_ORIGINATOR_DELIVERY_REPORT_REQUESTED:** | 0 |
| **PR_PRIORITY:** | 0 |
| **PR_READ_RECEIPT_REQUESTED:** | 0 |
| **PR_SENSITIVITY:** | 0 |
| **PR_SUBJECT:** | QuanDx |
| **PR_CLIENT_SUBMIT_TIME:** | Thu Nov 19 19:42:06 PST 2015 |
| **PR_SENT_REPRESENTING_SEARCH_KEY:** | { data: 24 bytes } |
| **PR_SENT_REPRESENTING_ENTRY_ID:** | { data: 92 bytes } |
| **PR_SENT_REPRESENTING_NAME:** | Jack Zhai |
| **PR_OWNER_APPOINTMENT_ID:** | -2083276833 |
| **PR_RESPONSE_REQUESTED:** | 1 |
| **PR_SENT_REPRESENTING_ADDRESS_TYPE:** | SMTP |
| **PR_SENT_REPRESENTING_EMAIL_ADDRESS:** | jzhai@allcells.com |
| **PR_CONVERSATION_TOPIC:** | QuanDx |
| **PR_CONVERSATION_INDEX:** | { data: 22 bytes } |
| **PR_REPLY_REQUESTED:** | 1 |
| **PR_SENDER_ENTRY_ID:** | { data: 92 bytes } |
| **PR_SENDER_NAME:** | Jack Zhai |
| **PR_SENDER_SEARCH_KEY:** | { data: 24 bytes } |
| **PR_SENDER_ADDRESS_TYPE:** | SMTP |
| **PR_SENDER_EMAIL_ADDRESS:** | jzhai@allcells.com |
| **0x0e01:** | 0 |
| **PR_DISPLAY_TO:** | 'Zhai, Jack' |
| **PR_MESSAGE_DELIVERY_TIME:** | Thu Nov 19 19:42:06 PST 2015 |
| **PR_MESSAGE_FLAGS:** | 1 |

| | |
|---|---|
| **PR_MESSAGE_SIZE:** | 6027 |
| **PR_ICON_INDEX:** | 1026 |
| **0x1081:** | 516 |
| **0x1082:** | Thu Nov 19 19:42:00 PST 2015 |
| **PR_CREATION_TIME:** | Thu Nov 19 19:41:08 PST 2015 |
| **PR_LAST_MODIFICATION_TIME:** | Mon Nov 23 10:20:58 PST 2015 |
| **PR_SEARCH_KEY:** | { data: 16 bytes } |
| **PR_INTERNET_CPID:** | 28591 |
| **PR_MESSAGE_LOCAL_ID:** | 1033 |
| **PidLidCommonStart:** | Mon Nov 23 10:30:00 PST 2015 |
| **PidLidCommonEnd:** | Mon Nov 23 11:30:00 PST 2015 |
| **PidLidApptStartWhole:** | Mon Nov 23 10:30:00 PST 2015 |
| **PidLidApptEndWhole:** | Mon Nov 23 11:30:00 PST 2015 |
| **PidLidBusyStatus:** | 2 |
| **PidLidLocation:** | Conference call |
| | --- Recipient 1 --- |
| **0x67f2:** | 4330137 |
| **0x67f3:** | 4330139 |
| **0x0e0f:** | 0 |
| **PR_ADDRTYPE:** | SMTP |
| **PR_EMAIL_ADDRESS:** | jyzhai@yahoo.com |
| **PR_ENTRYID:** | { data: 94 bytes } |
| **PR_DISPLAY_NAME:** | 'Zhai, Jack' |
| **PR_RECIPIENT_TYPE:** | 1 |
| **PR_SEARCH_KEY:** | { data: 22 bytes } |
| **0x0ffe:** | 6 |
| **0x3900:** | 0 |
| **PR_SEND_RICH_INFO:** | 0 |
| **PR_SEND_INTERNET_ENCODING:** | 0 |
| **0x5fde:** | 0 |
| **0x5fdf:** | 0 |
| **0x5feb:** | 0 |
| **0x5fef:** | 0 |
| **0x5ff2:** | 0 |
| **0x5ff5:** | 0 |
| **PR_RECIPIENT_DISPLAY_NAME:** | 'Zhai, Jack' |
| **0x5ff7:** | { data: 94 bytes } |
| **0x5ffd:** | 513 |
| **0x5fff:** | 0 |
| **0x6001:** | jyzhai@yahoo.com |

EXHIBIT 2

| Msg # | Email(s) | Subject | Sent Date/Time |
|---|---|---|---|
| 1 | Jack <jyzhai@yahoo.com\" name=\"Jack> | Friday meeting at 9:00 am | Thu, Feb 4, 2016 at 5:03 PM |
| 2 | Zhai, Jack <jyzhai@yahoo.com\" name=\"Zhai, Jack> | Email Account | Tue, Feb 16, 2016 at 10:10 AM |
| 3 | Jack Zhai <jzhai@cepheusbio.com\" name=\"Jack Zhai> | Potential partnership discussion | Thu, Feb 25, 2016 at 12:04 PM |
| 4 | Jack Zhai <jzhai@cepheusbio.com\" name=\"Jack Zhai> | Update on the discussion regarding founder's salary and Equity with all investors | Mon, Mar 7, 2016 at 10:08 PM |
| 5 | Zhai, Jack <jyzhai@yahoo.com\" name=\"Zhai, Jack> | Cepheus Biosciences, Inc. | Sat, Mar 12, 2016 at 9:18 PM |
| 6 | Bethanne <bdeuel@cepheusbio.com\" name=\"Bethanne> | Business cards | Thu, Mar 24, 2016 at 10:33 AM |
| 7 | Zhai, Jack <jyzhai@yahoo.com\" name=\"Zhai, Jack> | Fw: IP filing Engagement Letter | Sun, Mar 27, 2016 at 5:39 PM |

| Msg # | Snippet | Status | Attachments |
|-------|---------|--------|-------------|
| 1 | James, Please review those term sheets (number 2 and number 3) for tomorrow meeting with the lawyer. | Read | Cepheus Bioscience, Inc..pdf, Fonder_Agreement_JL_JZ v3 02042016.docx, ... |
| 2 | Email Accounts: jlee@cepheusbio.com Password: jlee#265 You can access your email from webmail: https: | Read | |
| 3 | | Read | invite.ics |
| 4 | James, Glad to learn that you are in the final transition stage. Here are some suggestions from | Read | |
| 5 | Dear all, Just a friendly reminder, as discussed, the Series Seed initial closing on or will be March | Read | |
| 6 | Hi Jack, I will try and get that to you today. Also note that stem express colors are now blue and | Read | image002.jpg |
| 7 | FYI  Forwarded Message  From: Seth Ogden <sro@iplawgroup.com> To: "Zhai, Jack | Read | |

| | |
|---|---|
| **Subject:** | Potential partnership discussion |
| **Location:** | T-Conf |
| | |
| **Start:** | Tue 3/1/2016 2:00 PM |
| **End:** | Tue 3/1/2016 3:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Declined |
| | |
| **Organizer:** | Jack Zhai |

Dial into the conference:
  **Dial-in Number: (641) 715-3580 - United States**
  **Access Code: 655764**

Jack

-----Original Message-----
From: Jack Zhai [mailto:jzhai@cepheusbio.com]
Sent: Thursday, February 25, 2016 11:40 AM
To: 'David Wellis, Ph.D.'
Cc: 'bdeuel'; 'jlee@cepheusbio.com'; 'James Lee'
Subject: RE: Thanks for your call/messages Jack

Hi David,

Thanks for the response.

**Next Tuesday March 1, at 2pm work will work for us.   I will setup a T-con shortly.**

BM is bone marrow.

Regarding the products that you sell directly to many academic, biotech and pharmaceutical labs,  I am assuming you meant by raw materials such as whole blood.  What we are going to sell is hematopoietic cells isolated from Leukopak.  90% of our customers are industrial customers.  We can certainly help you access to industrial customers in the San Francisco Bay area for some products.

Currently, we are looking for long-term partnership to provide us with the raw materials listed below.

1. Leukopak from both healthy and diseased donors 2. Fresh whole blood from both healthy and diseased donors

James Lee has been managing the cell production for 16 years and I was managing the global sales and marketing for those products in last 5 years at AllCells.   With my team's efforts, we brought AllCells' business from $3.5M to $13M within 5 years.

Let's have a brainstorming discussion next Tuesday March 1.  Also, would you mind sign a CDA so that we can share more detailed information with you?  I have attached the CDA for your review.  Please let me know if you have any questions.

Thanks

Jack


Jack Zhai, PhD

President/CEO

Cepheus Biosciences, Inc.

7074 Commerce Cir. Ste. B

Pleasanton, CA 94588

Dir: 510-816-9850

jzhai@cepheusbio.com

The information contained in this message may be privileged and confidential and protected from disclosure. I f you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

-----Original Message-----

From: David Wellis, Ph.D. [mailto:dwellis@sandiegobloodbank.org]

Sent: Wednesday, February 24, 2016 10:49 PM

To: jzhai@cepheusbio.com

Subject: Thanks for your call/messages Jack

Hi Jack,

Thanks for your messages.  I'd be happy to speak with you about the products you list, as we already sell them directly to many academic, biotech and pharmaceutical labs (over 60 labs last year).  If you have access to labs in the San Francisco Bay area, that would interesting.

Is BM bone marrow?  We don't collect bone marrow, but we collect significant amounts of cord blood for research use as well.

Would next Tuesday at 2pm work?

Best,

David

David Wellis, Ph.D.

Chief Executive Officer

San Diego Blood Bank

3636 Gateway Center Ave., Suite 100

San Diego, CA  92102

o: (619) 400-8222

c: (858) 232-1041

www.SanDiegoBloodBank.org