UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLCELLS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>JACK ZHAI, et al.,<br><br>       Defendants. | Case No. 16-cv-07323-EMC<br><br>**ORDER DENYING MOTION TO SHORTEN TIME WITHOUT PREJUDICE**<br><br>Docket No. 13 |

Plaintiff has moved for expedited consideration of its motion for expedited discovery. Plaintiff's motion to shorten time is hereby **DENIED** without prejudice. Plaintiff has not shown that it made any attempt to meet and confer with Defendants regarding either the request for shortened time or the underlying discovery motion.[1]

Plaintiff is not barred from re-filing after meeting and conferring. Such meet and confer should address, *inter* alia, the breadth of the discovery sought (which, as a facial matter, appears overbroad for purposes of preliminary injunction preparation) as well as scheduling of the motion for expedited discovery and the preliminary injunction motion.

Plaintiff is ordered to serve a copy of this order on all Defendants – both by mail service and by e-mail service (the latter as a courtesy) – within two days of the date of this order. Plaintiff

///
///
///
///

---

[1] As to individual defendant Mr. Lee, there does not appear to have been even service of the complaint or the various motions. Discovery as to Mr. Lee, therefore, is particularly problematic.

shall also file a proof of service certifying such within two days of the date of this order.

This order disposes of Docket No. 13.

**IT IS SO ORDERED**.

Dated: January 3, 2017

_____
EDWARD M. CHEN
United States District Judge