UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLCELLS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>JACK ZHAI, et al.,<br><br>        Defendants. | Case No. 16-cv-07323-EMC<br><br>**ORDER RE MEET AND CONFER FOR DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 70 |

Defendants have filed an administrative motion to file under seal in conjunction with their opposition to AllCells's preliminary injunction motion. Having considered the papers submitted, including but not limited to AllCells's response to the motion to file under seal, the Court hereby orders the parties to meet and confer regarding the motion. More specifically:

(1) As to Exhibits 1, 2, 3, and 5 (all deposition testimony), the Court shall not accept the entirety of the deposition transcripts and place them under seal. **Within three days of the date of this order, Defendants shall identify for AllCells which are the relevant pages. Within six days of the date of this order, AllCells shall submit a declaration stating, with specificity, what (if any) information contained therein should be filed under seal.**

(2) As to Exhibit 4 (AllCells's trade secret disclosure), the Court does not see a need for the entirety of the document to be filed under seal. The parties shall meet and confer to reach agreement on a more narrowly tailored request to file under seal. **Within three days of the date of this order, the parties shall file a joint brief identifying which portions should be filed under seal.** The Court emphasizes that the agreement is simply one that the information should be filed under seal and is not an admission or concession that the information is in fact a trade secret.

(3) The parties shall meet and confer regarding AllCells's position that Defendants failed to redact confidential information in their opposition brief.  **As a temporary measure, the Clerk of the Court is ordered to seal Docket No. 71, which is Defendants' opposition.  Within three days of the date of this order, the parties shall file a joint brief stating what agreement they reached.**

**IT IS SO ORDERED**.

Dated: March 16, 2017

_____
EDWARD M. CHEN
United States District Judge

2