UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLCELLS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JACK ZHAI, et al.,<br><br>          Defendants. | Case No. 16-cv-07323-EMC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket Nos. 81, 88 |

Previously, the Court granted in part, denied in part, and deferred in part AllCells's motion to file under seal. *See* Docket No. 81 (motion); Docket No. 88 (order). The Court deferred ruling with respect to Exhibits B and I attached to the Weil reply declaration, as well as Exhibit 1 to the Pixley reply declaration. AllCells has submitted a declaration from Mr. Tong to support its claim of confidentiality with respect to these exhibits. *See* Docket No. 97 (Tong declaration).

The Court grants the motion to seal Exhibit I.

As for Exhibits B and 1, while the Court is skeptical that the documents contain confidential information in need of sealing, the Court shall, out of an abundance of caution, grant the motion to file under seal without prejudice.

As with its prior orders, the Court notes that, in granting the motion to file under seal, it is not making any ruling as to whether any information is a trade secret.

This order disposes of Docket No. 81.

**IT IS SO ORDERED**.

Dated: March 28, 2017

_____
EDWARD M. CHEN
United States District Judge