| | |
|---|---|
| J. James Li (SBN 202855)<br>Tony Abdollahi (SBN 157235)<br>LILAW, INC.<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br>Email: lij@lilaw.us<br><br>Attorneys for Plaintiff<br>AllCells, LLC. | Lily Lim (SBN 214536)<br>lily.lim@finnegan.com<br>Michael Liu Su (SBN 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1280<br>Telephone: +1 650 849 6600<br>Facsimile: +1 650 849 6666<br><br>Attorneys for Defendant<br>Cepheus Biosciences, Inc.<br><br>Mark S. Zhai (SBN 287988)<br>markzhai@zhailaw.com<br>7660 Beverly Blvd. Apt. 307<br>Los Angeles, CA 90036-2734<br>Telephone: +1 202 412 9396<br>Facsimile: +1 202 204 5844<br><br>Attorney for Defendants<br>Jack Zhai and James Lee |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALLCELLS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>JACK ZHAI, an individual, JAMES LEE, an individual, and CEPHEUS BIOSCIENCES, INC., a Delaware Company<br><br>Defendants. | Case No.: 3:16-cv-7323-EMC<br><br>**JOINT STIPULATED REQUEST AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2** |

Defendants Jack Zhai, James Lee, and Cepheus Biosciences, Inc. (collectively "Defendants") and Plaintiff AllCells, LLC ("Plaintiff"), through their undersigned attorneys, hereby stipulate and, pursuant to Local Rule 6-2, jointly request an order from the Court for an extension of time for Defendants to file their Answer and Counterclaims from April 10, 2017 to April 24, 2017.

**JOINT DECLARATION OF THE PARTIES:**

**WHEREAS**, Defendants' Answer and Counterclaims are due on April 10, 2017, 10 days after the Court's Order (D.I. 102) on Defendants' Motion to Dismiss,

**WHEREAS**, the parties are currently pursuing settlement discussions and mutually agree that an extension of the deadline for Defendants to file their Answer and Counterclaims to April 24, 2017 is necessary to continue having productive settlement discussions,

**WHEREAS**, the parties agree that the requested time modification would have no effect on the other deadlines and schedule for the case,

**THEREFORE**, it is hereby **STIPULATED** that upon the Court's order pursuant to Civil Local Rule 6-2, the deadline for Defendants to file their Answer and Counterclaims is extended to and including April 24, 2017.

Dated: April 10, 2017

FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LLP,

By: /s/ Lily Lim
Lily Lim
*Attorneys for Defendant*
CEPHEUS BIOSCIENCES, INC.

Dated: April 10, 2017

By: /s/ Mark S. Zhai
Mark S. Zhai
*Attorney for Defendants*
JACK ZHAI AND JAMES LEE

Dated: April 10, 2017

LILAW, INC.

By: /s/ J. James Li
J. James Li
*Attorney for Plaintiff*
ALLCELLS, LLC

Having considered the foregoing joint stipulated request, and finding that good cause exists for an extension of the deadline for Defendants to file their Answer and Counterclaims to April 24, 2017,

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Dated: <u>April 11</u>, 2017

_____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**Attestation re Electronic Signatures**

I, J. James Li, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 10, 2017

By:   /s/ J. James Li
    J. James Li
    *Attorney for Plaintiff*