| | |
|---|---|
| J. James Li (SBN 202855)<br>Tony Abdollahi (SBN 157235)<br>LILAW, INC.<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br>Email: lij@lilaw.us<br><br>Attorneys for Plaintiff<br>ALLCELLS, LLC | Lily Lim (SBN 214536)<br>lily.lim@finnegan.com<br>Michael Liu Su (SBN 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1280<br>Telephone: +1 650 849 6600<br>Facsimile: +1 650 849 6666<br><br>Attorneys for Defendant<br>CEPHEUS BIOSCIENCES, INC. |
| Mark S. Zhai (SBN 287988)<br>markzhai@zhailaw.com<br>7660 Beverly Blvd. Apt. 307<br>Los Angeles, CA 90036-2734<br>Telephone: +1 202 412 9396<br>Facsimile: +1 202 204 5844<br><br>Attorney for Defendants<br>JACK ZHAI AND JAMES LEE | Peggy Chang (SBN 144364)<br>pchang@bureshkaplan.com<br>Margaret J. Allen (SBN 114613)<br>mallen@bureshkaplan.com<br>BURESH, KAPLAN, FELLER & CHANG<br>2298 Durant Avenue<br>Berkeley, California 94704<br>Telephone: (510) 548-7474<br>Facsimile: (510) 548-7488<br><br>Attorneys for Defendant<br>CEPHEUS BIOSCIENCES, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALLCELLS, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>JACK ZHAI, an individual, JAMES LEE, an individual, and CEPHEUS BIOSCIENCES, INC., a Delaware Company<br><br>    Defendants. | Case No.: 3:16-cv-7323-EMC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT AGREEMENT** |

Defendants Jack Zhai, James Lee, and Cepheus Biosciences, Inc. (collectively "Defendants") and Plaintiff AllCells, LLC ("Plaintiff"), through their undersigned attorneys, hereby jointly notify the Court that the parties have reached an agreement to settle this matter,

and respectfully request an order from the Court to stay proceedings for seven days so that the parties can reduce the agreement to writing.

**JOINT DECLARATION OF THE PARTIES:**

1. The parties settled this matter during the Settlement Conference on April 17, 2017 before Chief Magistrate Judge Speiro and a binding settlement agreement has been entered verbally into the record (D.I. 121).
2. The parties are currently working to reduce the agreement to writing and anticipate filing a joint stipulation of settlement within seven days.
3. The deadline for Defendants to file their Answer and Counterclaims is currently set for April 24, 2017.

**THEREFORE**, the parties jointly request that the Court stay all deadlines in this case for seven days, specifically including the deadline for Defendants to file their Answer and Counterclaims.

Dated: April 24, 2017

FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LLP

By: _____/s/ Lily Lim_____
Lily Lim
*Attorneys for Defendant*
CEPHEUS BIOSCIENCES, INC.

Dated: April 24, 2017

BURESH, KAPLAN, FELLER & CHANG

By: _____/s/ Peggy Chang_____
Peggy Chang
*Attorneys for Defendant*
CEPHEUS BIOSCIENCES, INC.

Dated: April 24, 2017

By:     /s/ Mark S. Zhai
Mark S. Zhai
*Attorney for Defendants*
JACK ZHAI AND JAMES LEE

Dated: April 24, 2017     LILAW, INC.

By:     /s/ J. James Li
J. James Li
*Attorney for Plaintiff*
ALLCELLS, LLC

Having considered the foregoing joint stipulated request and finding that good cause exists to stay this proceeding and all deadlines in this matter for seven days.

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Dated:    5/1   , 2017

By: _____
Judge Edward M. Chen
United States District Judge

**Attestation re Electronic Signatures**

I, Mark S. Zhai, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 24, 2017

By:     /s/ Mark S. Zhai
Mark S. Zhai