| | |
|---|---|
| J. James Li (SBN 202855)<br>Tony Abdollahi (SBN 157235)<br>LILAW, INC.<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br>Email: lij@lilaw.us<br><br>Attorneys for Plaintiff<br>ALLCELLS, LLC | Lily Lim (SBN 214536)<br>lily.lim@finnegan.com<br>Michael Liu Su (SBN 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1280<br>Telephone: +1 650 849 6600<br>Facsimile: +1 650 849 6666<br><br>Attorneys for Defendant<br>CEPHEUS BIOSCIENCES, INC.<br><br>Mark S. Zhai (SBN 287988)<br>markzhai@zhailaw.com<br>7660 Beverly Blvd. Apt. 307<br>Los Angeles, CA 90036-2734<br>Telephone: +1 202 412 9396<br>Facsimile: +1 202 204 5844<br><br>Attorney for Defendants<br>JACK ZHAI AND JAMES LEE |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALLCELLS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>JACK ZHAI, an individual, JAMES LEE, an individual, and CEPHEUS BIOSCIENCES, INC., a Delaware Company<br><br>Defendants. | Case No.: 3:16-cv-7323-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT** |

  Plaintiff AllCells, LLC ("Plaintiff" or "AllCells") and Defendants Jack Zhai ("Dr. Zhai"), James Lee ("Mr. Lee"), and Cepheus Biosciences, Inc. ("Cepheus") (collectively, "Defendants") entered into a confidential settlement agreement ("the Agreement") to resolve this Action, and as a condition of the Agreement, AllCells and Defendants (together, "the Parties") jointly stipulate to the following:

1. Entry of a permanent injunction against Defendants identical in scope as the limited preliminary injunction granted in part by the Court on March 28, 2017 (D.I. 104).

2. Entry of a final monetary judgment in the amount of $1 million dollars (the "Settlement Judgement"). The Settlement Judgement shall be entered only against Cepheus and not Dr. Zhai nor Mr. Lee, and which AllCells may only attempt to enforce against Cepheus' insurance carrier, State Farm General Insurance Co. ("State Farm") according to the terms of the confidential Agreement.

3. Subject to the terms set forth in the confidential Agreement, assignment to AllCells of all rights, claims, and causes of action under Cepheus' insurance policy (No. 97-CR-P068-2) issued by the State Farm, whose representative Benita Selo was present at the Settlement Conference on April 17, 2017 before Chief Magistrate Judge Spero and who did not object to the assignment or stipulated judgment.

4. Dismissal of all remaining claims against Dr. Zhai and Mr. Lee with prejudice.

5. The Parties shall each bear their own attorneys' fees, costs and expenses in connection with this Action.

6. The Court retains jurisdiction to enforce the terms of the Agreement and the stipulated Final Judgment.

Exhibit A is a proposed Final Judgment and Dismissal.

Dated: June 12, 2017

By:     /s/ Mark S. Zhai
    Mark S. Zhai
    *Attorneys for Defendants*
    JACK ZHAI and JAMES LEE

| | | |
|---|---|---|
| 1 | Dated: June 12, 2017 | FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LLP |
| 2 | | |
| 3 | | By:     /s/ Lily Lim |
| 4 | | Lily Lim<br>*Attorneys for Defendant*<br>CEPHEUS BIOSCIENCES, INC. |
| 5 | Dated: June 12, 2017 | LILAW, INC. |
| 6 | | |
| 7 | | By:     /s/ J. James Li |
| 8 | | J. James Li<br>*Attorney for Plaintiff*<br>ALLCELLS, LLC |

The filer of the document hereby certifies that Lily Lim and Mark Zhai have consented to affixing their electronic signatures to this document.  /s/ J. James Li

# [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT PURSUANT TO
# STIPULATION OF THE PARTIES

The Court, having considered the Joint Stipulation of the Parties, requesting Entry of Final Judgment, **HEREBY ORDERS AS FOLLOWS:**

1. This Court has jurisdiction over the parties and the subject matter of this action, and venue is proper in this Court.

2. In accordance with the Joint Stipulation of the Parties and this Order, the Clerk of the Court is hereby directed to enter the Final Judgment attached as Exhibit A.

3. The Final Judgement is binding upon the Parties, their agents, and others acting in concert with them, and the Parties each waive their right to appeal the Final Judgement.

4. This Court retains jurisdiction to enforce this Order, the stipulated Final Judgment, and the Settlement Agreement between the Parties.

Dated: 6/16, 2017

By: _____
HON. E
United S



IT IS SO ORDERED
Judge Edward M. Chen

# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLCELLS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>JACK ZHAI, an individual, JAMES LEE, an individual, and CEPHEUS BIOSCIENCES, INC., a Delaware Company<br><br>Defendants. | Case No.: 3:16-cv-7323-EMC<br><br>**[PROPOSED] FINAL JUDGMENT AND DISMISSAL PURSUANT TO STIPULATION OF THE PARTIES** |

## [PROPOSED] FINAL JUDGMENT

**WHEREAS,** Plaintiff AllCells, LLC ("AllCells") and Defendants Jack Zhai ("Dr. Zhai"), James Lee ("Mr. Lee"), and Cepheus Biosciences, Inc. ("Cepheus") (collectively "Defendants") entered into a confidential settlement agreement (the "Agreement") to resolve this Action;

**WHEREAS,** AllCells and Defendants (together, "the Parties") each consent to personal jurisdiction in the Northern District of California for purposes of enforcing the Agreement and this Final Judgment; and

**WHEREAS,** pursuant to stipulation of the Parties, the Court has issued an Order for Entry of Final Judgment.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The Court has jurisdiction over the Parties and the subject matter of this Action, and venue is proper in this Court.

2. Defendants, their agents, and others acting in concert with them, are hereby permanently enjoined from disclosing or using: (1) AllCells' Standard Operating Procedures or protocols ("SOPs"); (2) AllCells' slide deck entitled "2013 AllCells Q3 Business Meeting"; and

1  (3) AllCells' information about customer needs/preferences, key contacts within a customer-
2  company, pricing, and sales forecasts/projections.  The permanent injunction is identical in scope
3  to the preliminary injunction set forth in the Court's March 28, 2017 Order (D.I. 104), such that
4  Defendants are not barred from soliciting customers of AllCells or otherwise using publicly-
5  available information and their general knowledge and experience acquired in former
6  employment.

7  3.  AllCells is awarded a final monetary judgment in the amount of $1 million dollars
8  (the "Settlement Judgement").  The Settlement Judgement is entered only against Cepheus and
9  not against Dr. Zhai or Mr. Lee, and shall only be enforced against Cepheus' insurance carrier,
10 State Farm, according to the terms and conditions of the Agreement.

11 4.  All the remaining claims asserted by AllCells in this Action against Dr. Zhai and
12 Mr. Lee are dismissed with prejudice.

13 5.  The Parties shall each bear their own attorneys' fees, costs and expenses in
14 connection with this Action.

15 6.  The Court retains jurisdiction to enforce the terms of the Agreement and this Final
16 Judgment.

19 Dated: __6/16__, 2017

20 By: _____
21 HON. _____
    Date_____ Judge



IT IS SO ORDERED
Judge Edward M. Chen