| | |
|---|---|
| J. James Li (SBN 202855)<br>Tony Abdollahi (SBN 157235)<br>LiLaw Inc., a Law Corporation<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br>Email: lij@lilaw.us<br><br>Attorneys for Plaintiff AllCells LLC | Lily Lim (SBN 214536)<br>lily.lim@finnegan.com<br>Michael Liu Su (SBN 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1280<br>Telephone: +1 650 849 6600<br>Facsimile: +1 650 849 6666<br><br>Attorneys for Defendant<br>CEPHEUS BIOSCIENCES, INC.<br><br>Mark S. Zhai (SBN 287988)<br>markzhai@zhailaw.com<br>7660 Beverly Blvd. Apt. 307<br>Los Angeles, CA 90036-2734<br>Telephone: +1 202 412 9396<br>Facsimile: +1 202 204 5844<br><br>Attorney for Defendants<br>JACK ZHAI AND JAMES LEE |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLCELLS LLC, a California Limited Liability Company<br><br>                  Plaintiff,<br><br>    v.<br><br>JACK ZHAI, an individual, JAMES LEE, an individual, and CEPHEUS BIOSCIENCES, INC., a Delaware Corporation,<br><br>                  Defendants. | **Case No. 3:16-cv-07323**<br><br>**STIPULATION AND ORDER TO REMIT BOND** |



Plaintiff AllCells, LLC ("Plaintiff" or "AllCells") and Defendants Jack Zhai ("Dr. Zhai"), James Lee ("Mr. Lee"), and Cepheus Biosciences, Inc. ("Cepheus") (collectively "Defendants") stipulate to remit AllCells' bond as follows:

**WHEREAS,** on December 23, 2016, AllCells filed the above-captioned complaint against Defendants;

**WHEREAS**, on March 28, 2017, the Court issued an order granting in part Plaintiff's Motion for Preliminary Injunction (the "Order"). Dkt. # 104. The Order required AllCells to post a bond in an amount that was placed under seal and is hereinafter referred to as the "Bond";

**WHEREAS,** on or about April 4, 2017, AllCells submitted the Bond, as shown by receipt no. 34611123406, a copy of which is attached hereto as Exhibit A with the amount of the Bond redacted;

**WHEREAS,** during a Settlement Conference on April 17, 2017, before the Honorable Joseph Spero, the parties reached an agreement to settle the above-captioned action;

**WHEREAS,** on June 16, 2017, the Court entered a final judgment in the above-captioned action;

**WHEREAS,** AllCells, through this stipulation, seeks a return of the Bond;

**IT IS STIPULATED,** between Plaintiff and Defendants, through their counsel of record, that the Bond, plus any accrued interest, be remitted to AllCells at the following Address:

    Jay Tong, Chief Executive Officer

    AllCells, LLC

    1301 Harbor Bay Parkway, Suite 200

    Alameda, CA94502.

IT IS SO STIPULATED.



| | | |
|---|---|---|
| DATE: June 21, 2017 | **LiLaw Inc.** | |
| | Attorneys for Plaintiff AllCells LLC | |

By  <u>/s/ J. James Li</u>

J. James Li, Ph.D.

DATE: June 21, 2017     FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LL

By  <u>/s/ Lily Lim</u>

Lily Lim
Attorneys for Defendant
CEPHEUS BIOSCIENCES, INC.

DATE: June 21, 2017

By  <u>/s/ Mark S. Zhai</u>

Mark S. Zhai
Attorneys for Defendants
Jack Zhai and James Lee

I, J. James Li, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this stipulation concur in the filing's content and have authorized this filing.   /s/ J. James Li.



Pursuant to the stipulation, GOOD CAUSE APPEARING, the Bond shall be remitted to AllCells as stipulated.

IT IS SO ORDERED.

Dated: __6/22__, 2017

By: _____

Judge Edward M. Chen

# Exhibit A

# U.S. Courts
# Case Inquiry Report
Case Num: DCAN316CV007323;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number** DCAN316CV007323    **Case Title** ALLCELLS, LLC V JACK THAI ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY20149 | ALLCELLS, LLC | PACCT14212 | TREASURY REGISTRY | | ███ | ███ | 0.00 |
| | | | | | | ███ | ███ | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| CRIS | Court Registry Investment System | CRIS | 900000 | ███ |
| TREA | Treasury | Treasury | 604700 | 0.00 |

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT 34611123406 | | 04/04/2017 | 04/04/2017 | DP | ███ | ALLCELLS, LLC | | O | 06 | 604700 |
| DCAN316CV007323-001 | 1 | TREASURY REGISTRY | | | 1 | | | | | |
| SQ 17461100202 | | 04/06/2017 | 04/06/2017 | DP | (███) | | | O | TO | 604700 |
| DCAN316CV007323-001 | 1 | TREASURY REGISTRY | | | 1 | | | | | |
| SQ 17461100202 | | 04/06/2017 | 04/06/2017 | DP | ███ | | | O | 86 | 900000 |
| DCAN316CV007323-001 | 1 | TREASURY REGISTRY | | | 2 | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |
| SQ | Standard Voucher - CCA |

CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611123406
Cashier ID: sprinka
Transaction Date: 04/04/2017
Payer Name: allcells llc

TREASURY REGISTRY
 For: allcells llc
 Case/Party: D-CAN-3-16-CV-007323-001
 Amount: ▇▇▇▇▇▇

PAPER CHECK CONVERSION
 Check/Money Order Num: 26682
 Amt Tendered: ▇▇▇▇▇▇

Total Due: ▇▇▇▇▇▇
Total Tendered: ▇▇▇▇▇▇
Change Amt: $0.00

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.